# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159514(21)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SUZANNE RUBBA and DANIEL LEBLANC,
Personal Representatives of the ESTATE OF
PATRICIA E. LEBLANC,
            Plaintiffs-Appellees,

v

SC: 159514
COA: 3445327
Macomb CC: 2013-002255-NH

EUGENE J. AGNONE, M.D., and MICHIGAN
CANCER SPECIALISTS, P.C.,
            Defendants-Appellants,
and

CHAKRAPANI RANGANATHAN, M.D.,
MICHAEL F. ROMANELLI, M.D., MACOMB
NEUROLOGY ASSOCIATES, P.C., and WOODS
CARDIOVASCULAR INTERNAL MEDICINE
ASSOCIATES, P.C.,
            Defendants.
_____/

        On order of the Chief Justice, the motion of plaintiffs-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on May 30, 2019, is accepted as timely filed.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2019



Clerk